THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:09-CV-00451-H

| DOUGLAS E. MCPHAIL, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **ORDER** |
| A GOODNIGHT SLEEPSTORE and AMERICAN GENERAL FINANCIAL SERVICES, INC., | ) | |
| Defendants. | ) | |

This matter is before the Court on Plaintiff's motion for leave to serve interrogatories in excess of 25 [DE-49], Defendant American General's motion to quash discovery [DE-52], and Plaintiff's motion to withdraw request for admissions [DE-54]. Defendant American General's motion to dismiss [DE-25] is currently pending before the Court, the Clerk has not issued the order for discovery plan, and the parties have not conducted a Rule 26(f) conference. Generally, discovery may not commence prior to the Rule 26(f) conference. Fed. R. Civ. P. 26(d)(1). Plaintiff, who is proceeding *pro se*, states in his motion to withdraw his requests for admissions that he was unaware of this rule.

Accordingly, Plaintiff's motion to withdraw his request for admissions [DE-54] is **GRANTED**, and Defendant's motion to quash [DE-52] is **DENIED AS MOOT**. Plaintiff's motion for leave to serve interrogatories in excess of 25 [DE-49] is **DENIED WITHOUT PREJUDICE** to refile if necessary. The Court notes that should this case proceed to discovery,

the issue of the number of interrogatories allowed by each party would be appropriate for discussion at the Rule 26(f) conference.

This the 20th day of October, 2010.

DAVID W. DANIEL
United States Magistrate Judge