UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| DOUGLAS E. MCPHAIL, | ) | **JUDGMENT** |
| Plaintiff | ) | |
| | ) | No. 5:09-CV-451-H2 |
| v. | ) | |
| | ) | |
| A GOODNIGHT SLEEPSTORE, | ) | |
| and AMERICAN GENERAL | ) | |
| FINANCIAL SERVICES, INC., | ) | |
| Defendants | ) | |

**Decision by Court.**
**This case came before the Honorable Malcolm J. Howard, Senior United States District Judge for consideration of defendant's motion to dismiss and plaintiff's motion for partial summary judgment.**

**IT IS ORDERED, ADJUDGED AND DECREED the court grants defendant's motion and dismisses this action in its entirety. Plaintiff's motion for partial summary judgment is dismissed as moot and this case is closed.**

This Judgment Filed and Entered on February 8, 2011 with service on:

Douglas E. McPhail (Via U.S. Mail), 615 Kellam Circle, Fayetteville, NC 28311
Canon Pence (via cm/ecf Notice of Electronic Filing)
Megan E. Miller (via cm/ecf Notice of Electronic Filing)

Date: February 8, 2011

DENNIS P. IAVARONE, CLERK
/s/ Delsia Heath
(By): Delsia Heath, Deputy Clerk